1  Zachary M. Best, SBN 166035
   Tanya E. Moore, SBN 206683
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-01150-CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** ; ORDER |
| vs. | |
| CONCORD FEED & FUEL, INC. dba CONCORD FEED & PET SUPPLY; DANIEL C. HELIX, Trustee of the HELIX FAMILY TRUST UTA dated December 15, 1992; MARY LOU HELIX, Trustee of the HELIX FAMILY TRUST UTA dated December 15, 1992; STEVEN R. PUCELL aka STEVEN PUCELL; DEBRA HOOK; KAREN S. HOOK; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Concord Feed & Fuel, Inc. dba Concord Feed & Pet Supply; Daniel C. Helix, Trustee of the Helix Family Trust UTA dated December 15, 1992; Mary Lou Helix, Trustee of the Helix Family Trust UTA dated December 15, 1992; Steven R. Pucell aka Steven Pucell; Debra Hook; and Karen S. Hook, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 13, 2017               MISSION LAW FIRM, A.P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff,
                                       Francisca Moralez

Dated: December 13, 2017               BOWLES & VERNA LLP

                                       */s/ Richard T. Bowles*
                                       Richard T. Bowles
                                       Attorneys for Defendants,
                                       Concord Feed & Fuel, Inc. dba Concord Feed & Pet Supply; Daniel C. Helix, Trustee of the Helix Family Trust UTA dated December 15, 1992; Mary Lou Helix, Trustee of the Helix Family Trust UTA dated December 15, 1992; Steven R. Pucell aka Steven Pucell; Debra Hook; and Karen S. Hook

Date: December 14, 2017

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

STIPULATION FOR DISMISSAL OF ENTIRE ACTION